IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN RUTH BRADLEY, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:23-CV-00193-E |
| TARGET CORPORATION, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has dismissed all of Plaintiff Bradley's claims. On September 21, 2023, the Court dismissed Bradley's general negligence and other negligence claims beyond the scope of a premises liability cause of action without prejudice. (ECF No. 18 at 9). The Court has entered a second memorandum opinion, which dismisses Bradley's remaining premises liability claim. The Court hereby dismisses Bradley's remaining premises liability claim with prejudice.

All relief not expressly granted is DENIED. The Court instructs the Clerk of the Court to close this proceeding. Each party shall bear its own costs and fees. This is a Final Judgment. *See* Fed. R. Civ. P. 54; Fed. R. Civ. P. 58.

**SO ORDERED.**

31st day of July, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE